UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11058-GAO

SYN-CRONAMICS, INC., et al
Plaintiffs,

v.

ROBERT CABRAL, et al
Defendants.

ORDER
September 30, 2014

O'TOOLE, D.J.

This case was previously referred to Chief Magistrate Judge Sorokin and then reassigned to Magistrate Judge Kelley. The referral is now withdrawn for the purpose of resolving the following pending motions.

The Plaintiffs' motion for immediate appointment of a receiver (dkt. no. 54) is DENIED AS MOOT without prejudice.

The plaintiffs' motion for leave to file an amended witness list (dkt. no. 146) is DENIED AS MOOT.

The defendant Robert Cabral's motion in limine to preclude damages based on the statute of limitations (dkt. no. 147) is DENIED AS MOOT without prejudice.

The motion of nominal defendant Cabral Enterprises, Inc. for entry of separate and partial judgment pursuant to Fed. R. Civ. P. 54(b) is DENIED.

The plaintiffs' motion for reconsideration (dkt. no. 163) is DENIED.

The plaintiffs' motion for leave to file a reply memorandum is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge